Form 27 - GENERAL PURPOSE                                                                                              K

SERVICO INC   ROBERT TOLCHIN, ESQ.
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
--------------------------------------------------------
RIVKA MARTHA MORIAH, ETAL                                          index No. 12 CIV 1594
                                                  PLAINTIFF       Date Filed
                            - vs -

BANK OF CHINA
                                                  DEFENDANT       Office No.
                                                                  Court Date.
--------------------------------------------------------
             STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RUDOLPH WRIGHT** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **23RD** day of **APRIL, 2012 2:20 PM** at
                  **410 MADISON AVE.**
                  **NEW YORK NY 10017**
I served a true copy of the **SUMMONS AND COMPLAINT,**
upon **BANK OF CHINA**
the **DEFENDANT** therein named by delivering to, and leaving personally with
**RON XU, LEGAL CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.
             Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

                  SEX: **MALE**    COLOR: **ASIAN** HAIR: **BLK/GREY**
                  APP.AGE: **48** APP. HT: **5/6** APP. WT: **150**
                  OTHER IDENTIFYING FEATURES
                  **GLASSES**


COMMENTS:


Sworn to before me this
25TH day of APRIL, 2012



KENNETH WISSNER
Notary Public NEW YORK
   01WI4714130
Qualified in NEW YORK                    RUDOLPH WRIGHT 1022795
Commission Expires 03/30/2014

                                         Reference No: 3-SERVICO-199420