AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 12-CV-1594

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*

☒ I served the subpoena by delivering a copy to the named person as follows: EMMANUEL CARAVANOS, First Vice President Operations/IT, ARAB BANK, 150 E. 52nd Street, New York, New York 10022-4213   on *(date)* January 9, 2014 ; or

☐ I returned the subpoena unexecuted because:


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $             for travel and $             for services, for a total of $   0.00


I declare under penalty of perjury that this information is true.

Date: January 9, 2014

*Server's signature*

William Utsey- Legal Assistant
*Printed name and title*

THE BERKMAN LAW OFFICE, LLC.
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
*Server's address*

Additional information regarding attempted service, etc.:

البنك العربي
ARAB BANK 

**Emmanuel Caravanos**
First Vice President
Operations / IT

150 E. 52nd Street
New York, NY 10022-4213
Tel:  212 715-9703
Fax: 212 223-3175
Cell: 917 754-4843
Email: ecaravanos@arabbankusa.com

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Moriah, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12-CV-1594 |
| Bank of China, Limited | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Arab Bank
150 E 52nd St, New York, NY 10022
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Schedule A

| Place: The Berkman Law Office, LLC, 111 Livingston St., Ste. 1928, Brooklyn, NY 11201 - Tel. 718-855-3627 | Date and Time: 01/20/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/07/2014

*CLERK OF COURT*

OR  /s/ Robert J. Tolchin

*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* plaintiff, who issues or requests this subpoena, are:

Robert J. Tolchin, Esq., The Berkman Law Office, LLC, 111 Livingston Street, Suite 1928, Brooklyn, New York 11201 - Tel. 718-855-3627 - email: rtolchin@berkmanlaw.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).