# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627        Fax: (718) 855-4696

May 30, 2014

**BY ECF**
Hon. Gabriel Gorenstein
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: *Moriah v. Bank of China, Limited,* 12-cv-1594 (SAS)

Dear Judge Gorenstein,

    We represent the plaintiffs in the matter referenced above ("*Moriah* Plaintiffs").

    The parties in the companion *Wultz* case have submitted a proposed discovery scheduling order, DE 519 on the *Wultz* docket.

    Inasmuch as there is a discovery coordination order in effect coordinating discovery in these two cases, it is respectfully requested that the scheduling order be entered on the docket in both cases.

                                                  Respectfully yours,

                                                  Robert J. Tolchin

cc:     All counsel of record, by ECF
        Plaintiff's counsel in *Wultz*, by email.