UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PRESENT:

    HON. SHIRA A. SCHEINDLIN,

        United States District Judge.

------------------------------------------------------------------- X
RIVKA MARTHA MORIAH, *et al.,*

                Plaintiffs,

            -against-

BANK OF CHINA LIMITED,

                Defendant.

------------------------------------------------------------------- X

**ORDER TO SHOW CAUSE**

Docket No.:
12-CV-1594 (SAS)

    UPON reading and filing the annexed Memorandum of Law; upon the exhibits annexed thereto; and upon all the pleadings and proceedings heretofore had herein,

    LET, Respondent JOSEPH "YOSSI" CIECHANOVER, show cause before this Court, on the ___ day of _____, 2014 at ____:____ o'clock A.M. / P.M. that day, or as soon thereafter as counsel can be heard,

    WHY, an Order should not be made and entered:

    a)    PURSUANT to 28 U.S.C. § 1783 issuing a subpoena requiring the appearance of Respondent JOSEPH "YOSSI" CIECHANOVER to give deposition testimony on a date certain within 30 days of the date of the Court's order;

    b)    PURSUANT to 28 U.S.C. § 1783, issuing a subpoena requiring Respondent JOSEPH "YOSSI" CIECHANOVER to produce at the Deposition all documents in his possession,

-2-

custody, or control containing any information relevant to any efforts by the defendant Bank of China and/or the government of the People's Republic of China to exert pressure on the State of Israel to prevent the plaintiffs from obtaining evidence in this case, including without limitation the deposition of Uzi Shaya;

      c)      If, to accommodate the witness JOSEPH "YOSSI" CIECHANOVER, it is necessary to take his deposition at a location outside the United States, then PURSUANT to Fed. R. Civ. P. 28(b)(4) appointing and authorizing a Commissioner to administer an oath at such location and to take the testimony;

      d)      GRANTING such other and further relief as is just and proper under the circumstances.

AND IT IS FURTHER ORDERED that service of this order to show cause upon Respondent JOSEPH "YOSSI" CIECHANOVER by delivery to his office by FedEx overnight courier, shall be deemed good and sufficient service of this order;

AND IT IS FURTHER ORDERED that any opposition to this Order to Show Cause shall be served by Respondent JOSEPH "YOSSI" CIECHANOVER so as to be received in hand by plaintiffs' counsel and the Court 10 days before the return date of this Order to Show Cause, and any reply papers shall be served by the plaintiff so as to be received in hand by Respondent, or his counsel if he opposes the motion by counsel, on or before 4 days before the return date of this Order to Show Cause.

So ordered:

_____
U.S.D.J