# ARNOLD & PORTER LLP

**Stewart D. Aaron**
Stewart.Aaron@aporter.com

+1 212.715.1114
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

January 20, 2014

**VIA ECF (on all counsel) AND HAND DELIVERY (of courtesy copy to Court)**

The Honorable Shira A. Scheindlin
United States District Court Southern District of New York
500 Pearl Street, Room 1620
New York, NY  10007

  Re: *Moriah v. Bank of China*, 12-cv-1594 (SAS) (GWG)

Dear Judge Scheindlin:

  Please find enclosed a letter dated January 14, 2015, addressed to Your Honor from Israel's National Security Adviser Joseph M. Cohen.  I am relaying this letter pursuant to a request from Daniel Geron, the Acting Legal Advisor to the National Security Council of Israel.  Mr. Geron's request also is attached.

               Respectfully submitted,

               Stewart D. Aaron

Enclosures



**Prime Minister Office**
**ISRAEL NATIONAL SECURITY COUNCIL**

January 14, 2015
כ"ג טבת תשע"ה

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

To the Honorable Judge Scheindlin,

### Re: Dr. Joseph Ciechanover

It has come to our attention that a motion is pending before Your Honor requesting the issuance of a subpoena to Dr. Joseph Ciechanover, an Israeli citizen, regarding a phone call he made at the request of the Government of Israel in 2013 to Mr. Lee Wolosky, an attorney for the plaintiffs in *Wultz v. Bank of China*. I further understand that a central question in this motion is whether Dr. Ciechanover's limited involvement in this matter was at the behest and direction of the Government of Israel. In that regard, I wish to confirm that Dr. Ciechanover called Mr. Wolosky at the request and instructions of my predecessor, Major General (Res.) Yaacov Amidror, who was at that time Israel's National Security Advisor.

Sincerely,

Joseph M. Cohen
National Security Adviser
Head, National Security Council



**Prime Minister Office**
*ISRAEL NATIONAL SECURITY COUNCIL*

January 19, 2015

Mr. John B. Bellinger III
555 Twelfth Street, NW
Washington, DC 20004-1206
USA

Dear Mr. Bellinger,

### Re: Dr. Joseph Ciechanover

I kindly ask that you, as Dr. Joseph Ciechanover's counsel, relay the attached letter from Israel's National Security Adviser to the Honorable Judge Shira Scheindlin.

Yours sincerely,

Daniel Geron, Adv.
Acting Legal Advisor to the National
Security Council