USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIVKA MARTHA MORIAH, *et al.*,

        Plaintiffs,

- against -

BANK OF CHINA LIMITED,

        Defendant.

---

12 civ. 1594 (SAS) (GWG)

[PROPOSED]
ORDER FOR ADMISSION
*PRO HAC VICE*

The application for the admission of Paul G. Gaston to practice *pro hac vice* in the above captioned action is granted. The applicants have represented that Mr. Gaston is a member in good standing of the District of Columbia bar. His contact information is as follows:

    Paul G. Gaston
    1901 Pennsylvania Avenue, NW, Suite 607
    Washington, D.C. 20006
    (202) 296-5856
    (202) 296-4154 (fax)
    paul@gastonlawoffice.com

Applicants having requested admission *pro hac vice* for Mr. Gaston to appear as counsel for the proposed intervenor plaintiffs in connection with the proposed motion to intervene;

IT IS HEREBY ORDERED that Paul G. Gaston is admitted to practice *pro hac vice* in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court including the rules governing discipline of attorneys.

Dated: Aug 27, 2015

_____
United States District Judge

*[Handwritten note:]* This order does not indicate that this Court takes any position at this time on the pending application to intervene.