UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVKA MARTHA MORIAH, et al., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:12-cv-01594 (SAS)(GWG) ) |
| BANK OF CHINA LIMITED, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs in this above-captioned matter, Rivka Martha Moriah, individually and as personal representative of the Estate of Avraham David Moses, Naftali Andrew Moses, individually and as personal representative of the Estate of Avraham David Moses, Elisha Dan Moses, David Moriah, Aviad Shlomo Moriah, Hagit Gibor, Eitan Yoel Moriah, Yifat Moriah, Atara Nesia Moriah, Naftali Shitrit, Gila Rachel Shitrit, Yaakov Shitrit, Meiri Shitrit, Oshrat Shitrit (collectively, "Plaintiffs"), and Defendant Bank of China Limited ("BOC"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that, upon the filing of the Stipulation of Facts agreed to by Plaintiffs and Defendant in this above-captioned matter, this action and the claims asserted herein are hereby dismissed with prejudice.

IT IS SO STIPULATED.

Dated: August 27, 2015

      Plaintiffs in *Moriah v. Bank of China Ltd.*, 1:12-cv-1594 (U.S. District Court, Southern District of New York).

By_____
The Berkman Law Office, LLC
Robert J. Tolchin, Esq.
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627


Dated: August 25, 2015

      Bank of China Limited as defendant in *Moriah v. Bank of China Ltd.*, 1:12-cv-1594 (U.S. District Court, Southern District of New York).

By_____
Squire Patton Boggs (US) LLP
Mitchell R. Berger, Esq.
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
(212) 872-9800


Dated: August 27, 2015

      Bank of China Limited as defendant in *Moriah v. Bank of China Ltd.*, 1:12-cv-1594 (U.S. District Court, Southern District of New York).

By_____
Dorsey & Whitney LLP
Lanier Saperstein, Esq.
51 West 52nd Street
New York, NY 10019
(212) 415-9200