## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL WULTZ, et al., <br><br>                      Plaintiffs, <br><br>         -against- <br><br> BANK OF CHINA LIMITED, <br><br>                   Defendant, | No. 12 Civ. 1594 (SAS) <br> No. 14 mc 246 (SAS) |
| RIVKA MARTHA MORIAH, et al., <br><br>               Plaintiffs and Intervenors, | |
| THE STATE OF ISREAL, <br><br>               Movant. | |

## <u>DECLARATION OF KENNETH L. WAINSTEIN</u>

Pursuant to 28 U.S.C. § 1746,  Kenneth L. Wainstein hereby declares:

      1.     I am a member of the State of California and District of Columbia in good standing and admitted to practice *pro hac vic*e in the captioned matters.

      2.     I submit this declaration in support of my application to withdraw me and my firm, Cadwalader, Wickersham & Taft LLP, as one of the counsel for plaintiffs and intervenors Rivka Martha Moriah, *et al.*, in the captioned matters, and to be removed from the CM/ECF noticing list and any other service list in this case.  Other current counsel of record for these parties will continue to represent them as counsel in this matter.

      3.     On October 20, 2015, I corresponded with Robert Tolchin and Nitsana Darshan-Leitner, representatives and counsel for the plaintiffs in this matter, and Mr. Tolchin consented to me and my firm's withdrawal as one of the counsel for plaintiffs and intervenors Rivka Martha Moriah, *et al*., in the captioned matter.

4.      I am not asserting a retaining or charging lien in connection with this matter.

I, Kenneth L. Wainstein, hereby declare and certify under the penalty of perjury that the foregoing is true and correct.

Dated:      Washington, District of Columbia
            October 21, 2015

CADWALADER WICKERSHAM & TAFT LLP

By: _____/s/ Kenneth L. Wainstein_____
        Kenneth L Wainstein
        700 Sixth Street, N.W.
        Washington, DC 20001
        Telephone:  (202) 862-2474
        Facsimile:  (202) 862-2400